IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PENNY REILLY, § | | |
|     Plaintiff, § | | |
| § | | |
| § | CIVIL ACTION NO. 4:13-cv-01690 | |
| vs. § | JURY DEMANDED | |
| § | | |
| OES OILFIELD SERVICES (USA), INC., § | | |
| et al., § | | |
|     Defendants. § | | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, Penny Reilly, and Defendant, OES Oilfield Services (USA), Inc., file this *Joint Motion to Dismiss With Prejudice* and would respectfully show the following:

### DISMISSAL WITH PREJUDICE

Plaintiff, Penny Reilly, requests that this case be dismissed in its entirety as against all defendants with prejudice to refilling the same and that all costs and attorneys' fees be paid by the party incurring the same. Defendant, OES Oilfield Services (USA), Inc. the only defendant that has been served or has filed an answer, joins in this motion to dismiss with prejudice.

### PRAYER

WHEREFORE, Plaintiff, Penny Reilly, and Defendant, OES Oilfield Services (USA), Inc., pray that this motion be granted and that this case be dismissed in its entirety with prejudice to refiling the same and that all costs and attorneys' fees shall be paid by the party incurring the same.

Respectfully submitted,

STARZYK & ASSOCIATES, P.C.

*/s/ Michael A. Starzyk*
_____
MICHAEL A. STARZYK
SBOT #00788461
FID #16926
mstarzyk@starzyk.com
APRIL L. WALTER
SBOT #24052793
FID #713287
awalter@starzyklaw.com
J. PAUL RINNAN
SBOT #24074959
FID #1375002
prinnan@starzyklaw.com
10200 Grogan's Mill road, Suite 300
The Woodlands, Texas 77380
Tel.: 281-364-7261
Fax: 281-364-7533

ATTORNEYS-IN-CHARGE
FOR PLAINTIFF PENNY REILLY

LAW OFFICE OF G. SCOTT FIDDLER, P.C.


*/s/ G. Scott Fiddler\**
_____
G. SCOTT FIDDLER
SBOT #06957750
FID #12508
scott@fiddlerlaw.com
ANDREW W. REED
SBOT #24074935
FID #1140192
areed@fiddlerlaw.com
1004 Congress, 2nd Floor
Houston, Texas 77002
Tel.:    713-228-0070
Fax:    713-228-0078
*Filed by Permission
ATTORNEYS-IN-CHARGE
FOR OES OILFIELD SERVICES (USA), INC.

## CERTIFICATE OF CONFERENCE

Plaintiff's counsel and Defendant's counsel have conferred and the parties are in agreement to the requested relief herein.

                                                                  */s/ Michael A. Starzyk*

                                                                  MICHAEL A. STARZYK

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing document and proposed Order will be accomplished through the notice of electronic filing, in accordance with the Federal Rules of Civil Procedure on this the 7th day of January 2014, to the following:

G. Scott Fiddler
Andrew W. Reed
Law Office of G. Scott Fiddler, P.C.
1004 Congress, Suite 200
Houston, Texas 77002
Tel.: 713-228-0070
Fax: 713-228-0078

                                                             */s/ Michael A. Starzyk*

                                                             MICHAEL A. STARZYK