IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PENNY REILLY,<br>    Plaintiff,<br><br>vs.<br><br>OES OILFIELD SERVICES (USA), INC.,<br>et al.,<br>    Defendants. | § § § § § § § § § § | CIVIL ACTION NO. 4:13-cv-01690<br>JURY DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

This case is hereby dismissed in its entirety with prejudice to refiling the same and all costs shall be paid by the party incurring the same.

SIGNED this 8th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE